UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



UNITED STATES OF AMERICA, )
                                        ) 2:02-CR-004-PMP-PAL
           Plaintiff, )
                                        )
vs. )
                                        )
LEE KINGEN )
                                        )
           Defendant. )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#127) on October 21, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

     Name of Payee: WELLS FARGO BANK
     Amount of Restitution: $38,731.90

     Name of Payee: BANK OF AMERICA
     Amount of Restitution: $2,231.24

     Name of Payee: US BANK
     Amount of Restitution: $956.69

     Name of Payee: NEVADA FEDERAL CREDIT UNION
     Amount of Restitution: $2,995.08

     Name of Payee: FDIC RESTITUTION PAYMENTS
     Amount of Restitution: $3,140.47

Name of Payee: BLACK MOUNTAIN COMMUNITY BANK
Amount of Restitution: $622.60

Name of Payee: CUNA MUTUAL GROUP
Amount of Restitution: $540.63

**Total Amount of Restitution ordered: $49,218.61\*\***

\*\*Joint and several with Justin Stonecypher, Tasha Gurtner, Daniel England, Martin Degenhardt, Rachael Young and Jeanette Watts

Dated this ____20____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE